# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | No. 3:06-CV-62 |
| ) | (Phillips/Guyton) |
| **MARK HIGGINS,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

This matter is before the Court upon defendant Mark Anthony Higgins's motion to substitute counsel [Doc. 32]. Defendant filed this motion pro se. Because the defendant is represented by counsel, defendant's motion is **DENIED**.

**IT IS SO ORDERED**

        **ENTER:**

        s/Thomas W. Phillips
        United States District Judge