UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-62 |
| | ) | No. 3:07-CR-5008 |
| MARK HIGGINS | ) | (PHILLIPS) |

### ORDER

This matter is before the court on the defendant's *pro se* motion requesting an order clarifying monetary penalties [Doc. 42]. On August 8, 2007, the defendant was sentenced to 60 months imprisonment in Case No. 3:06-CR-52 and to 18 months for violation of the conditions of supervised release in Case No. 3:07-CR-5008, the terms to run consecutively. While defendant is correct that no fine or restitution was imposed in Case No. 3:06-CR-52, the United States District Court for the Northern District of Illinois did impose a fine in the amount of $2,500.00 in Case No. 3:07-CR-5008. The fine in Case No. 3:07-CR-5008 was not waived by the court, and remains in effect. Accordingly, defendant's motion for an order clarifying monetary penalties [Doc. 42] is **DENIED.**

**ENTER:**


s/ Thomas W. Phillips
United States District Judge